ACCEPTED
03-14-00771-CV
4263129
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 2:53:05 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00771-CV

## In The
## Third Court of Appeals
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 2:53:05 PM
JEFFREY D. KYLE
Clerk

**Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,**

**APPELLANTS**

**VS.**

**The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,**

**APPELLEES**

_____

**Appeal From Cause No D-1-GN-13-4352**
**The 200th District Court Of Travis County, Texas**
**The Honorable Charles Ramsay, Presiding**

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' BRIEF IN ACCELERATED APPEAL

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Appellants, SANADCO, INC. ET AL, pursuant to TEX. R. APP. P. 38.6 (d) and 10.5 (b), move this Honorable Court to extend the time for filing its Appellant's Brief, and for cause would show unto the Court the following:

1. The 200th District Court issued its order denying Appellants' motion for temporary orders in Cause No. D-1-GN-13-4352 on November 13, 2014. On December 3, 2014, Appellants timely filed a Notice of Accelerated Appeal from an Interlocutory Order Denying a Temporary Injunction. The clerk's record was filed on January 6, 2015,

and no Reporter's Record was filed. By order of this Court, the Appellants' brief is currently due on March 12, 2015. No prior motion for extension of time to file this brief has been requested.

2. Counsel for Appellants is a semi-retired solo practitioner with a home office practice and no staff, who maintains a limited practice complicated by diabetes and congestive heart failure. This extension of time is being requested because the undersigned counsel has not had sufficient time to prepare the Appellants' Brief due to his involvement in an auto accident on December 28, 2014 resulting in counsel's broken neck and rehabilitative treatments.

3. In addition, counsel is involved in the preparation of a Petition for Review in Case No. 15-0101 in the Texas Supreme Court for which an extension of time has been granted to March 9, 2015. He is also preparing an as yet unfiled Petition for Writ of Mandamus to the Texas Supreme Court from a judgment entered in Cause No. D-1-GN-12-003918 on October 23, 2014. These appeals, coupled with the normal press of business, have delayed preparation necessary for this appeal.

4. For these reasons, Appellants respectfully request that the Court grant a 30-day extension of time for filing this Appellants' Brief, creating a new deadline of April 13, 2015.

5. This motion is not being sought for delay, but so that the interests of justice may be served.

**WHEREFORE, PREMISES CONSIDERED,** Petitioners respectfully move this Honorable Court to grant this motion for extension of time and extend the time for filing the Appellants' Brief in this cause to April 13, 2015.

Respectfully submitted,

*Law Office of*
*Samuel T. Jackson*

__/s/ Samuel T Jackson
Texas Bar No. 10495700

PO Box 170633
Arlington, TX 76003-0633
Tel: (512) 692-6260
Fax. 866 -722-9685
jacksonlaw@hotmail.com
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have conferred concerning this request for extension of time, and counsel for the Appellees does not oppose this motion.

_/s/ Samuel T Jackson
Samuel T. Jackson

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on February 24, 2015, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney General
FINANCIAL LITIGATION DIVISION
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348/480-8327
Email: jack.hohengarten@oag.state.tx.us